Dana M. Andreoli (State Bar No. 262068)
Stacey C. Quan (State Bar No. 280004)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:         dandreoli@steyerlaw.com
                    squan@steyerlaw.com

Attorneys for Defendant Double AA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE HURTADO, an individual, | Case No. |
| Plaintiff, | DEFENDANT DOUBLE AA CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION |
| v. | [28 U.S.C. §1441(c)(1)] |
| DOUBLE AA CORPORATION, a California Corporation; and DOES 1-10, | |
| Defendants. | |

NOTICE OF REMOVAL OF CIVIL ACTION                                                                                    CASE NO.

PLEASE TAKE NOTICE that the above-captioned action is hereby removed from Contra Costa Superior Court to the United States District Court pursuant to 28 U.S.C. section 1442(c)(1). Defendant Double AA Corporation ("Defendant") represents the following:

1. Plaintiff Robbie Hurtado ("Plaintiff") filed a civil action in the Superior Court of California for the County of Contra Costa, entitled *Hurtado v. Double AA Corporation, et al.*, Case No. MSC22-00003, asserting causes of action for violation of the Americans with Disabilities Act of 1990 (first); and violation of California's Unruh Civil Rights Act (second).

2. Defendant was first served with notice of this action on January 21, 2022.

3. Copies of the Complaint, Summons, Civil Case Cover Sheet, Notice of Case Management Conference, and Alternative Dispute Resolution Information Package, constituting all process and papers served on Defendant, are attached as Exhibit A.

4. This action is one which Defendant is entitled to remove pursuant to 28 U.S.C. section 1442(c)(1) because Plaintiff's first cause of action for violation of the Americans with Disabilities Act of 1990 is a claim arising under the laws of the United States and over which this Court has subject matter jurisdiction. Plaintiff's second cause of action for violation of California's Unruh Civil Rights Act is within the Court's supplemental jurisdiction to the extent it arises from the same facts as Plaintiff's claim under the Americans with Disabilities Act.

WHEREFORE, this entire action is hereby removed to this Court. On the date set forth below, or soon thereafter, a copy of this notice is being filed with the clerk of the Superior Court of California for the County of Contra Costa.

Dated:  February 22, 2022

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

_____
Dana M. Andreoli
Stacey C. Quan
Attorneys for Defendant Double AA Corporation