Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Sabrina Jangda (SBN 285486)
sabrina@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**ROBBIE HURTADO**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE HURTADO, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>DOUBLE AA CORPORATION, a California corporation; and Does 1-10,<br><br>  Defendants. | Case No.: 3:22-cv-01090-WHA<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    IT IS HEREBY STIPULATED by and between the Plaintiff Robbie Hurtado on the one hand, and Defendant Double AA Corporation, on the other hand, by

1  themselves and/or through their respective attorneys of record that, pursuant to
2  Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a
3  dismissal with prejudice of Defendant Double AA Corporation, from Plaintiff's
4  Complaint, Case Number 3:22-cv-01090-WHA. The parties herein reached
5  settlement of the present action.
6        Since no Defendants shall remain in this action, Plaintiff requests that
7  Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be
8  responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 8, 2022          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

                                              By: /s/Peter Shahriari
                                                  Peter Shahriari, Esq.
                                                  Attorneys for Plaintiff, Robbie Hurtado

Dated: July 8, 2022          **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**

                                              By: /s/ Dana M. Andreoli
                                                  Dana M. Andreoli, Esq.
                                                  Attorneys for Defendant Double AA Corporation

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Robbie Hurtado

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS