1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF
## CALIFORNIA

| | |
|---|---|
| ROBBIE HURTADO, an individual, | Case No.: 3:22-cv-01090-WHA |
| Plaintiff, | *Hon. William H. Alsup* |
| v. | |
| DOUBLE AA CORPORATION, a California corporation; and Does 1-10, | [~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: January 3, 2022<br>Trial Date:    Not on Calendar |

[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Robbie Hurtado's action against Defendant Double AA Corporation is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: August 1, 2022

Hon. William H. Alsup
United States District Judge